ORIGINAL

1  LAWRENCE K. ROCKWELL, #72410
   ERIC DONEY, #76260
2  JULIE E. HOFER, #152185
   ANDREW S. MACKAY, #197074
3  DONAHUE GALLAGHER WOODS LLP
   Attorneys at Law
4  300 Lakeside Drive, Suite 1900
   Oakland, California 94612-3570
5  Telephone:  (510) 451-0544
   Facsimile:  (510) 832-1486
6  Email: julie@donahue.com

7  Attorneys for Plaintiff
   AUTODESK, INC.

8

FILED

DEC - 1 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12  AUTODESK, INC., a Delaware            CASE NO. C09-05643 JCS
    corporation,
13                                        **COMPLAINT FOR DAMAGES AND
                  Plaintiff,              INJUNCTIVE RELIEF**
14
         v.
15
    JOKAB SAFETY NORTH AMERICA,
16  INC., a Michigan corporation; and N.C.C.
    ELECTRONICS, INC., a Michigan                          ADR
17  corporation,

18                Defendants.

Plaintiff Autodesk, Inc. ("Autodesk"), for its complaint against defendants Jokab Safety North America, Inc. ("Jokab Safety") and N.C.C. Electronics, Inc. ("N.C.C. Electronics"), hereinafter collectively referred to as "Defendants," states and alleges as follows:

## JURISDICTION AND VENUE

## PARTIES

1. Autodesk is a Delaware corporation with its principal place of business in San Rafael, California.

2. Autodesk is informed and believes and thereon alleges that Jokab Safety is a Michigan corporation with its principal place of business in Westland, Michigan.

3. Autodesk is informed and believes and thereon alleges that N.C.C. Electronics is a Michigan corporation with its principal place of business in Westland, Michigan.

4. Autodesk is informed and believes and thereon alleges that each of the Defendants was the agent and/or alter-ego of each of the other Defendants and, at all times relevant herein, acted within the course and scope of such agency.

## JURISDICTION

5. This case involves a claim for relief for copyright infringement arising under the copyright laws of the United States, 17 U.S.C. §§ 101, *et seq.* (the "Copyright Act"). The Court has subject matter jurisdiction over the claim relating to copyright infringement pursuant to 17 U.S.C. § 501, 28 U.S.C. § 1331, and 28 U.S.C. §1338(a).

6. Autodesk is informed and believes and thereon alleges that Defendants knew, or reasonably should have known, that Autodesk is located in California, and that Defendants directed and aimed their alleged unauthorized activity at Autodesk, which is located in the Northern District of California. Autodesk is informed and believes and thereon alleges that Defendants knew, or reasonably should have known, that Autodesk would likely suffer the brunt of the harm caused by Defendants in California at Autodesk's principal place of business. The complained of activities caused Autodesk to bear the brunt of the harm in California at its principal place of business in San Rafael, California within this District.

-1-

## VENUE

7. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(a), (b), (c) and 1400(a).

## INTRADISTRICT ASSIGNMENT

8. Because this matter is an Intellectual Property Action, there is no basis for assignment to a particular location or division of the Court pursuant to Civil L.R. 3-2(c).

## GENERAL ALLEGATIONS

### The Business of Autodesk

9. Autodesk is in the business of developing, marketing, and licensing computer software programs (hereinafter collectively referred to as "software") recorded on various media, including among others optical disks, for use on personal computers. Autodesk packages and distributes its software together with associated user instruction manuals (hereinafter collectively referred to as "reference manuals"), end-user license agreements, and other documentation.

10. Autodesk has made and continues to make a substantial investment of time, effort, and expense in the design, development, testing, manufacturing, publishing, and marketing of its software.

11. Autodesk's software includes computer aided design and other design programs, such as AutoCAD® 2002, AutoCAD® 2005, and AutoCAD® 2009 software. These products along with their reference materials are hereinafter collectively referred to as the "Autodesk Products."

12. The Autodesk Products contain a large amount of material that is wholly original with Autodesk and is copyrightable subject matter under the laws of the United States.

13. At all times herein relevant, Autodesk complied in all respects with the Copyright Act and secured the exclusive rights and privileges in and to the copyrights in the Autodesk Products. Each of the Autodesk Products are original works, copyrightable under the Copyright Act, and have been timely registered in full compliance with the Copyright Act. Autodesk has received a Certificate of Registration from the Register of Copyrights for each of the Autodesk Products, copies of which are attached hereto as Exhibit A and incorporated herein by reference.

14. Since the dates of their respective registrations, the Autodesk Products have been published by Autodesk or under its authority. All authorized copies of the Autodesk Products have been published in compliance with the provisions of the Copyright Act. Autodesk has thus fully maintained the validity of the copyrights in the Autodesk Products.

15. Autodesk has not authorized any of the Defendants to copy, reproduce, or distribute the Autodesk Products.

## The Business and Wrongful Conduct of Defendants

16. Autodesk is informed and believes and thereon alleges that Defendants design, manufacture and supply electronic safety systems and components for companies of all sizes throughout North America. Autodesk is informed and believes and thereon alleges that in conducting their business, Defendants use a proprietary software program, SafeCAD, which itself utilizes AutoCAD® software plug-ins, and in conducting their business Defendants have engaged in the unauthorized reproduction of the Autodesk Products onto computers located at their premises and have willfully and intentionally engaged in the conduct complained of herein.

## FIRST CLAIM FOR RELIEF

### (Copyright Infringement)

17. Autodesk re-alleges and incorporates herein by this reference each of the allegations contained in Paragraphs 1 through 16 as though fully set forth herein.

18. Defendants' acts constitute infringement of Autodesk's copyrights in the Autodesk Products in violation of the Copyright Act.

19. Autodesk is informed and believes and thereon alleges that Defendants' unauthorized reproduction of the Autodesk Products in violation of the Copyright Act was deliberate, willful, malicious, oppressive, and without regard to Autodesk's proprietary rights.

20. Defendants' copyright infringement has caused, and will continue to cause, Autodesk to suffer substantial injuries, loss, and damage to its proprietary and exclusive rights to, and copyrights in, the Autodesk Products and, further, has damaged Autodesk's business reputation and goodwill, diverted its trade, and caused a loss of profits, all in an amount not yet ascertained.

21. Defendants' copyright infringement, and the threat of continuing infringement by Defendants, have caused, and will continue to cause, Autodesk repeated and irreparable injury. It would be difficult to ascertain the amount of money damages that would afford Autodesk adequate relief at law for Defendants' continuing acts, and a multiplicity of judicial proceedings would be required. Autodesk's remedy at law is not adequate to compensate it for the injuries already inflicted and further threatened by Defendants. Therefore, Defendants, and each of them, should be restrained and enjoined pursuant to the Copyright Act.

WHEREFORE, Autodesk prays for relief as hereinafter set forth.

## SECOND CLAIM FOR RELIEF

### (Circumvention of Copyright Protection)

22. Autodesk re-alleges and incorporates herein by this reference each of the allegations contained in Paragraphs 1 through 16 as though fully set forth herein.

23. Autodesk owns the exclusive rights and privileges in and to the copyrights in the Autodesk Products and their reference manuals.

24. The Autodesk Products contain technological measures that effectively control access to the Autodesk Products (hereinafter collectively referred to as "Access Control Technology").

25. Autodesk is informed and believes and thereon alleges that to engage in the unauthorized use and reproduction of the Autodesk Products to conduct their businesses, Defendants used without Autodesk's authorization one or more devices and/or products to willfully and intentionally circumvent the Access Control Technology in the Autodesk Products.

26. Autodesk is informed and believes and thereon alleges that Defendants circumvented the Access Control Technology in the Autodesk Products as alleged herein without authorization from Autodesk and in violation of 17 U.S.C. § 1201(a).

27. Defendants' circumvention of the Access Control Technology in the Autodesk Products has caused, and will continue to cause, Autodesk to suffer substantial injuries, loss, and damage to its proprietary and exclusive rights to, and copyrights in, the Autodesk Products and, further, has damaged Autodesk's business reputation and goodwill, diverted its trade, and caused

a loss of profits, all in an amount not yet ascertained.

28. Defendants' circumvention of the Access Control Technology in the Autodesk Products, and the threat of continuing circumvention, have caused, and will continue to cause, Autodesk to suffer repeated and irreparable injury. It would be difficult to ascertain the amount of money damages that would afford Autodesk adequate relief at law for Defendants' continuing acts, and a multiplicity of judicial proceedings would be required. Autodesk's remedy at law is not adequate to compensate it for the injuries already inflicted and further threatened by Defendants. Therefore, pursuant to the Copyright Act, Defendants should be restrained and enjoined and any device or product in Defendants' custody or control that enabled or was involved in the circumvention complained of herein should be impounded pursuant to the Copyright Act, 17 U.S.C. § 1203(b).

## PRAYER FOR RELIEF

WHEREFORE, Autodesk prays for relief as follows:

1. That, upon motion, the Court issue a preliminary injunction enjoining and restraining Defendants, and each of them, and their respective agents, servants, employees, successors, and assigns, and all other persons acting in concert with or in conspiracy with or affiliated with Defendants, from:

(a) Copying, reproducing, distributing, or using any unauthorized copies of Autodesk's copyrighted software products;

(b) Using or trafficking in any technologies, products, services, devices, components, or parts thereof to circumvent technological copyright protection measures associated with any of Autodesk's software products;

(c) Otherwise infringing any of Autodesk's copyrights;

(d) Destroying or otherwise disposing of any hardware, software, media (including without limitation optical discs), or documents, including without limitation business records that pertain or relate to the copying, reproduction, distribution, or use of any articles infringing any of Autodesk's copyrights or to the circumvention of technological copyright protection measures associated with Autodesk's software products;

    (e)  Destroying or otherwise disposing of any copies of infringing materials pertaining to the Autodesk Products; and

    (f)  Destroying or otherwise disposing of any technologies, products, services, devices, components, or parts thereof that can be used to circumvent technological copyright protection measures associated with any of Autodesk's software products;

  2.  That the Court upon application immediately issue an order authorizing the impounding of all unauthorized copies in Defendants' custody or control of the Autodesk Products pursuant to 17 U.S.C. § 503(a) and impounding all devices or products in Defendants' custody or control that enabled or were involved in the circumvention of the Access Control Technology pursuant to the Copyright Act, 17 U.S.C. § 1203(b);

  3.  That the Court issue a permanent injunction making permanent the orders requested in paragraphs 1(a), (b), and (c) of this Prayer for Relief;

  4.  That Autodesk be awarded for Defendants' copyright infringement either: (i) actual damages in an amount to be determined at trial, together with the profits derived from Defendants' unlawful infringement of Autodesk's copyrighted software products; or (ii) statutory damages for each act of infringement in an amount provided by law, as set forth in 17 U.S.C. § 504, at Autodesk's election before entry of a final judgment;

  5.  That Autodesk be awarded for Defendants' unauthorized circumvention of the Access Control Technology in the Autodesk Products either: (i) actual damages in an amount to be determined at trial, together with the profits attributable to Defendants' circumvention of the Access Control Technology in the Autodesk Products; or (ii) statutory damages for each act of circumvention in an amount provided by law, as set forth in 17 U.S.C. § 1203(c)(3)(A), at Autodesk's election before entry of a final judgment;

  6.  That the Court issue an order requiring Defendants to file with the Court and serve on Autodesk within thirty (30) days after service of an injunction a report, in writing, under oath, setting forth in detail the manner and form in which Defendants have complied with the injunction;

7. That the Court issue an order upon judgment requiring Defendants to destroy any and all infringing copies of the Autodesk Products in their custody or control;

8. That the Court issue an order upon judgment requiring Defendants to destroy any and all technologies, products, services, devices, components, or parts thereof in Defendants' custody or control that can be used to circumvent technological copyright protection measures associated with any of Autodesk's software products;

9. That the Court award Autodesk its reasonable attorney's fees pursuant to 17 U.S.C. § 505 and 17 U.S.C. §1203(b)(5);

10. That the Court award Autodesk its costs of suit incurred herein; and

11. That the Court grant such other and further relief as it deems just and proper.

Dated: December ___, 2009          DONAHUE GALLAGHER WOODS LLP

By: _____
Julie E. Hofer
Attorneys for Plaintiff
AUTODESK, INC.

-7-
COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF          CASE NO.

# EXHIBIT A

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

**FORM TX**
For a Literary Work

TX 5-373-538

EFFECTIVE DATE OF REGISTRATION
8 / 24 / 01
Month / Day / Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
AutoCAD 2002 and User's Guide

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2 a** NAME OF AUTHOR ▼
Autodesk, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
New and revised software code and User's Guides.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2001
◀ Year in all cases.

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ June  Day ▶ 20  Year ▶ 2001
United States of America ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Autodesk, Inc.
111 McInnis Parkway
San Rafael, CA 94903

APPLICATION RECEIVED
AUG 24 2001
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
AUG 24 2001
FUNDS RECEIVED

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of 2 pages

EXHIBIT A

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼
TX-4-967-648 (1999)

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
AutoCAD 2000 and User's Guide.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
New and revised software code and User's Guide.

**6**

See instructions before completing this space.

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                  Account Number ▼
Donahue, Gallagher, Woods & Wood, LLP        DA081221

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Jonathan N. Osder, Esq.
DONAHUE, GALLAGHER, WOODS & WOOD, LLP
591 Redwood Highway, Suite 1200, Mill Valley, CA 94941
Area Code and Telephone Number ▶ (415) 381-4161

Be sure to give your daytime phone number ◀

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Autodesk, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**10**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Jonathan N. Osder                                    Date ▶ 24 Aug 01

Handwritten signature (X) ▼

| MAIL CERTIFICATE TO | Name ▼ Jonathan N. Osder, Esq.   DONAHUE, GALLAGHER, WOODS & WOOD, LLP | YOU MUST • Complete all necessary spaces • Sign your application in space 10 SEND ALL 3 ELEMENTS IN THE SAME PACKAGE 1. Application form 2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights 3. Deposit material MAIL TO Register of Copyrights Library of Congress Washington, D.C. 20559-6000 |
|---|---|---|
| Certificate will be mailed in window envelope | Number/Street/Apt ▼ 591 Redwood Highway, Suite 1200 | |
| | City/State/ZIP ▼ Mill Valley, CA 94941 | |

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
May 1995—300,000                                                                                    ⊕U.S. COPYRIGHT OFFICE WWW FORM. 1995

EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 5-958-414

MAY 25, 2004

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1** TITLE OF THIS WORK ▼
AutoCAD 2005 and User's Guide

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2 a** NAME OF AUTHOR ▼
Autodesk Inc

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
New and revised software code and User's Guide

**NOTE**
Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2004 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month ▶ March   Day ▶ 22   Year ▶ 2004
United States of America ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Autodesk Inc
111 McInnis Parkway
San Rafael CA 94903

See instructions before completing this space.

APPLICATION RECEIVED
MAY 25 2004
ONE DEPOSIT RECEIVED
MAY 25 2004
TWO DEPOSITS RECEIVED
MAY 25 2004
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

---

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-11) on the reverse side of this page
See detailed instructions.   Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ___ pages

EXHIBIT A

| EXAMINED BY | MS | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?
☒ Yes ☐ No If your answer is Yes why is another registration being sought? (Check appropriate box) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☒ This is a changed version of the work as shown by space 6 on this application
If your answer is Yes give Previous Registration Number ▼   Year of Registration ▼
TX 5-673-291                                                  2003

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation
a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼
AutoCAD 2004 and User's Guide, miscellaneous preexisting code

b Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼
New and revised software code and User's Guide

**6**

See instructions before completing this space

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols) or (2) phonorecords embodying a fixation of a reading of that work or (3) both

a ☐ Copies and Phonorecords     b ☐ Copies Only     c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼                                              Account Number ▼
Donahue Gallagher Woods LLP                         DA061221

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼
Jonathan N Oeder, Esq
DONAHUE GALLAGHER WOODS LLP
591 Redwood Highway, Suite 1200, Mill Valley, CA 94941
Area Code and Telephone Number ▶ (415) 381-4161

Be sure to give your daytime phone number

**CERTIFICATION** I the undersigned hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive rights
☒ authorized agent of Autodesk Inc

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
Jonathan N Oeder                                    Date ▶ 24 MAY 2004

Handwritten signature (X) ▼
[signature]

**10**

| MAIL CERTIFI- CATE TO | Name ▼ Jonathan N Oeder Esq   DONAHUE GALLAGHER WOODS LLP |
|---|---|
| Certificate will be mailed in window envelope | Number/Street/Apt ▼ 591 Redwood Highway Suite 1200 |
| | City/State/ZIP ▼ Mill Valley CA 94941 |

Complete all necessary spaces
Sign your application in space 10
1 Application form
2 Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3 Deposit material
Register of Copyrights
Library of Congress
Washington DC 20559-6000

**11**

17 USC § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

May 1995—300 000                                    EXHIBIT A                            ☆U S COPYRIGHT OFFICE WWW FORM 1995

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## TX 6-861-815

**Effective date of registration:**

June 2, 2008

### Title
**Title of Work:** AutoCAD 2009 and User Assistance Cue Cards

### Completion/ Publication
**Year of Completion:** 2008
**Date of 1st Publication:** March 25, 2008    **Nation of 1st Publication:** United States

### Author
**Author:** Autodesk, Inc.
**Author Created:** computer program

**Work made for hire:** Yes
**Domiciled in:** United States

### Copyright claimant
**Copyright Claimant:** Autodesk, Inc.
111 McInnis Parkway, San Rafael, CA, 94903, United States

### Limitation of copyright claim
**Material excluded from this claim:** Miscellaneous licensed software.
**Previous registration and year:** TX 6 576 172    2007
**New material included in claim:** New and revised software code and user assistance cue cards.

### Rights and Permissions
**Organization Name:** Donahue Gallagher Woods LLP
**Name:** Jonathan N. Osder
**Email:** jon@donahue.com    **Telephone:** 415381-416-1223
**Address:** 591 Redwood Highway
Suite 1200
Mill Valley, CA 94941 United States

Page 1 of 2

EXHIBIT A

Certification

Name: Jonathan N. Osder
Date: June 2, 2008