LAWRENCE K. ROCKWELL, #72410
ERIC DONEY, #76260
JULIE E. HOFER, #152185
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
1999 Harrison Street, 25th Floor
Oakland, California  94612-3570
Telephone:    (510) 451-0544
Facsimile:     (510) 832-1486
Email:           julie@donahue.com

Attorneys for Plaintiff
AUTODESK, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation, | CASE NO.  C09-05643-SBA |
| Plaintiff, | **STIPULATION; ORDER OF DISMISSAL** |
| v. | |
| JOKAB SAFETY NORTH AMERICA, INC., a Michigan corporation; and N.C.C. ELECTRONICS, INC., a Michigan corporation, | |
| Defendants. | |

1  Plaintiff, Autodesk, Inc. ("Autodesk"), by and through its counsel, Julie E. Hofer of
2  Donahue Gallagher Woods LLP, and defendants, Jokab Safety North America, Inc. and N.C.C.
3  Electronics, Inc. ("Defendants"), hereby stipulate to the following:

4  1. Defendants and each of their respective officers, directors, principals, agents,
5  employees, successors, and assigns, and all other persons acting in concert with or in conspiracy
6  with or affiliated with Defendants, or with either of them, are enjoined and restrained from:

7  (a) Copying, reproducing, distributing or using any unauthorized copies of
8  Autodesk's copyrighted computer software products, and

9  (b) Using or trafficking in any technologies, products, services, devices,
10 components, or parts thereof to circumvent technological copyright protection measures associated
11 with any of Autodesk's software products.

12 2. The remaining claims for relief in this action have been settled with certain
13 additional obligations to be performed by the parties pursuant to the settlement. The remaining
14 action is hereby dismissed with prejudice.

15 Dated: April __, 2010          DONAHUE GALLAGHER WOODS LLP

17                                By:_____
                                     Julie E. Hofer
18                                   Attorneys for Plaintiff
                                     AUTODESK, INC.
19

20 Dated: April __, 2010          JOKAB SAFETY NORTH AMERICA, INC.

22                                By:_____
                                  Name:_____
23                                Title:_____

1 | Dated:  April __,2010           N.C.C. ELECTRONICS, INC.

By:_____
Name:_____
Title:_____

///

///

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  4/19/10                    _____
                                   Hon. Saundra B. Armstrong
                                   United States District Court Judge